1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street,
   Assistant Federal 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700

Attorney for Defendant
GUADALUPE OROZCO MUNOZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:03-CR-0499 GEB |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | **EXTENDING SURRENDER DATE** |
| GUADALUPE OROZCO MUNOZ, JR., | |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, through their respective attorneys, that the date for Mr. Munoz to surrender to serve her sentence (January 17, 2012) may be continued two weeks to January 31, 2012.

On December 2, 2011, the Court ordered Mr. Munoz to serve five months in BOP custody and to surrender on January 17, 2012. Yesterday, the U.S. Marshal advised defense counsel that Probation had yet to forward the paperwork necessary for BOP to designate a place for Mr. Munoz to serve his sentence. Mr. Munoz remains in contact with defense

counsel regarding his surrender and defense counsel will advise him of the designation as soon as the Marshal forwards it, which we expect will happen in the next two weeks.

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: January 11, 2012  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for GUADALUPE MUNOZ, JR.

BENJAMIN B. WAGNER
United States Attorney

Dated: January 11, 2012  /s/ T. Zindel for S. Wong
SAMUEL WONG
Assistant U.S. Attorney

**O R D E R**

The date for defendant's surrender is hereby continued two weeks to January 31, 2012, by 2:00 p.m. All other orders remain in effect.

**IT IS SO ORDERED.**

Dated: January 11, 2012

GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order  -2-